IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STAR SHIPPING AS, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-05-2808 |
| | § | |
| SEA BRIDGE PROJECTS, INC., | § | |
| Defendant. | § | |

**MEMORANDUM AND ORDER**

Plaintiff Star Shipping AS has filed a motion for default judgment against defendant Sea Bridge Projects, Inc. It appears that Sea Bridge Projects has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default against them proper. Star Shipping AS has filed an affidavit and exhibits in support of its claims for damages. Star Shipping AS has also sent defendants notice of the motion for entry of default and default judgment. Further notice to the defendants and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P. The motion for default judgment is granted. This court concludes that Star Shipping AS has established its entitlement to default judgment against Sea Bridge Projects in the amount of $234,312.23; accrued prejudgment interest as of December 7, 2005 in the amount of $3,142.99; costs of court; and postjudgment interest at the rate of 4.37 % *per annum*.

SIGNED on January 17, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge